```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

UNITED STATES OF AMERICA          :

vs.                               :  CRIMINAL ACTION 09-00190-CG

MAURICE MARICO PREVO              :

ORDER

By telephone call from defense counsel, the Court has been notified that Defendant, Maurice Marico Prevo, desires to change his plea of not guilty and enter a plea of guilty.  **Therefore, this action is set for a guilty plea hearing on October 20, 2009, at 9:30 a.m., before Judge Granade in Courtroom 2B.  The United States Marshal is ORDERED to produce Defendant for this hearing.**

Defendant will plead to count one of the indictment.  The parties are **ORDERED** to file a written Rule 11 plea agreement not later than **one full day prior to the guilty plea hearing.  Delays in filing the plea agreement or tardy appearances for the guilty plea hearing will result in counsel being required to show cause why they should not be held in contempt.**

The pretrial conference scheduled for October 13, 2009, at 1:30 p.m., is **CANCELLED**.  If Defendant does not plead as set out above, counsel are to immediately notify the undersigned Judge and the pretrial conference will be rescheduled.

DONE this 13th day of October, 2009.

                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE